IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY HUNTER,

       Appellant,

 v.

                                        Case No. 5D22-1180
                                        LT Case No. 2007-CF-4462

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Gregory Hunter, Quincy, pro se

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, SOUD and BOATWRIGHT, JJ., concur.